STANLEY YESKEL, &c., appellant,

*v.*

MURRAY HOLDING Co., &c., respondent.

[Submitted October 31st, 1947. Decided January 29th, 1948.]

*Messrs. Scholland & Scholland (Mr. Joseph J. Schotland,* of counsel), for the appellant.

*Messrs. Durand, Ivins & Carton (Mr. James D. Carton, Jr.,* of counsel), for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *140 N. J. Eq. 195.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 13.

*For reversal*—None.